**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE # : 11-13310 |
| Plaintiff, | HON : LAWRENCE P ZATKOFF |
| v. | |
| JULIAN GREEN | |
| Defendant. | |
| _____/ | |

### ORDER FOR ALTERNATE SERVICE

This matter is before the Court on United States of America's ("the Government") Motion and Verification for Alternate Service [dkt 3]. The Government filed this case on July 28, 2011, seeking a debt owed by Defendant to the Government. On August 11, 2011, the process server attempted to serve Defendant at 3742 Tanglewood Ct, Ann Arbor, Mi 48105. There was no answer and the process server left a notice at the residence. The process server attempted service again on August 14th, 19th, and September 29th, leaving a notice each time. The Government's counsel also attempted to mail service to Defendant at the above address, but the mailing was returned to Defendant's counsel as unclaimed. According to the Government's counsel's contact with the United States Post Office, which is attached to the instant Motion, 3742 Tanglewood Ct, Ann Arbor, Mi is Defendant's proper address. Having failed to personally serve Defendant, the Government requests that the Court permit the Government to effectuate service by alternative means.

The Court therefore finds that service of process upon Defendant cannot reasonably be made as provided in Fed. R. Civ. P. (4), (5), and Mich. Comp. R. 2.105. As such, service of process may be made in a manner which is reasonably calculated to give Defendant notice of the proceedings and

an opportunity to be heard.

Accordingly, IT IS HEREBY ORDERED that:

Service regarding the above entitled matter and a copy of this Order shall be made by the following methods:

1. First Class Mail to : 3742 Tanglewood Ct Ann Arbor MI 48105

2. Tacking or Firmly Affixing to the door at the above address

3. Certified Mail to : 3742 Tanglewood Ct Ann Arbor MI 48105

IT IS ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2011

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 10, 2011.

S/Marie E. Verlinde
Case Manager
(810) 984-3290